IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

PNC Bank, National Association, Successor In Interest By Merger To National City Bank,

    Plaintiff,

Vs

Boyd Obstetrics & Gynecology, S.C., An Illinois Corporation; W. Marc Boyd, Jr.,

    Defendants.

No.14 cv1203

### PLAINTIFF'S MOTION FOR TURNOVER OF FUNDS

NOW COMES Plaintiff, PNC Bank, National Association, Successor in interest by merger to National City Bank, ("Plaintiff" or "PNC"), by its attorneys, Crowley & Lamb, P.C., and as its motion for turnover of funds belonging to debtors W. Marc Boyd, Jr. (Boyd") and Boyd Obstetrics & Gynecology, S.C. ("BOG") currently held by respondent State Bank of Speer states as follows:

1. Plaintiff filed this action based upon Boyd and BOG's failure to repay a certain loan to BOG from Plaintiff, and guaranteed by Boyd, in the original principal amount of $175,000.00 dated August 24, 2006. Doc. 3-2 ("Loan").

2. On September 12, 2014, this Court entered an amended judgment in favor Plaintiff and against BOG and Boyd in the amount of $208,153.10. Doc. 20. Exhibit A.

3. Plaintiff filed third party citations against respondent State Bank of Speer ("Speer") on September 17, 2014. Doc. 23 at 8.

4. Speer served its answer to PNC's third party citation with respect to the assets of Boyd and BOG on September 29, 2014. Exhibit B. Pursuant to Speer's answer, it is holding $26,045.09 in funds belonging to Boyd ("Boyd Funds") and $13,646.58 belonging to BOG (BOG Funds).

5. According to Speer's answer, Boyd's wife may possess an interest in the Boyd Funds. In addition to serving Boyd's attorney with this motion, Plaintiff will serve the motion on Boyd's wife

via regular and certified mail. Plaintiff requests this Court deem the notice sufficient pursuant to 735 ILCS 5/12-710 and 735 ILCS 5/2-1402(g).

6. Plaintiff hereby requests this Court enter an order directing Speer to turnover the Boyd Funds to Plaintiff pursuant to 735 ILCS 5/2-1402.

7. Additionally, Speer filed a claim against the BOG Funds (doc. 40, hereafter "Speer Claim") which is being briefed by the parties. Plaintiff filed its response on December 22, 2014. Doc. 41. To the extent Speer's Claim is denied, Plaintiff requests this Court enter an order directing Speer to turnover the BOG Funds to Plaintiff.

8. While numerous parties have filed UCC statements against BOG, only Speer (as alleged successor to CEFCU), Plaintiff, and a third party named Jeffrey J. Green have filed UCC liens against BOG's funds; the remainder of the UCC liens relate to specific equipment. See Exhibit C which is a UCC search ordered by Plaintiff on October 9, 2014.

9. Plaintiff will provide notice of this motion to Jeffrey Green ("Green") via personal or substitute service, as well as regular and certified mail at the address listed on his UCC statement. Plaintiff requests this Court deem this notice sufficient pursuant to 735 ILCS 5/12-710 and 735 ILCS 5/2-1402(g). The Timber Ridge address is also listed as Green's current address in the Federal Aviation Administration records. See Exhibit. D.

**WHEREFORE**, Plaintiff, PNC Bank, National Association, Successor in interest by merger to National City Bank, respectfully requests this Court enter an order:

(A) finding Plaintiff provided sufficient notice of this motion to Barbara Boyd under 735 ILCS 5/12-710 and 735 ILCS 5/2-1402(g) and directing State Bank of Speer to turnover all funds in its possession belonging to Boyd to Plaintiff

(B) to the extent the Speer Claim is denied, finding service of this motion to Jeffrey Green sufficient under 735 ILCS 5/12-710 and 735 ILCS 5/2-1402(g) and directing Speer to turnover all fund in its possession belonging to BOG to Plaintiff, and

(C) Granting such further relief to which Plaintiff is entitled.

>                            PNC Bank, National Association, Successor in interest
>                            by merger to National City Bank
>
>                            By: /s/: Matthew L. Hendricksen
>
>                            One of Its Attorneys

James M. Crowley (ARDC#6182597)
Matthew L. Hendricksen (ARDC#6296720)
CROWLEY & LAMB, P.C.
221 North LaSalle Street, Suite 1550
Chicago, Illinois 60601
(312) 670-6900
jcrowley@crowleylamb.com
mhendricksen@crowleylamb.com

## List of Exhibits

A. Judgment

B. State Bank of Speer Answer

C. UCC Search

D. FAA Printout for Jeffrey John Green